IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Bonitatibus,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>New Image Auto Glass LLC, et al.,<br><br>　　　　　Defendants. | No. CV-20-02471-PHX-DLR<br><br>**JUDGMENT** |

The Court having reviewed the parties' Joint Motion to Approve FLSA Settlement and to Enter Judgment (Doc. 18), and good cause appearing;

**IT IS ORDERED** that the parties' Joint Motion is GRANTED. The Settlement Agreement negotiated and consented to by the parties is approved.

**IT IS FURTHER ORDERED** that Plaintiff have and recover judgment from and against New Image Auto Glass, LLC; Rex Altree and the marital community consisting of himself and Debbie Altree; and Martha Guevara, collectively, as follows:

　　1. For a total lump sum of $9,840.00 to Plaintiff;

　　2. For attorneys' fees and costs in the amount of $5,910.00 to Plaintiff's counsel, with the parties otherwise to bear fees and costs as set forth in the parties' Settlement Agreement.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the no execution on this Judgment will be made unless the terms of the Settlement Agreement are not satisfied.

Dated this 3rd day of February, 2021.

Douglas L. Rayes
United States District Judge